## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:20-cv-01064-ALM-KAJ |
| Plaintiffs, | Chief Judge Algenon L. Marbley |
| vs. | Magistrate Judge Kimberly A. Jolson |
| TOMORROW ENERGY CORP., f/k/a SPERIAN ENERGY CORP., VESTRA ENERGY, INC., and SEAN GROVE, | |
| Defendants. | |
| TOMORROW ENERGY CORP., a Nevada corporation, | |
| Crossclaimant, | |
| vs. | |
| VESTRA ENERGY, INC., a Wyoming corporation, and SEAN GROVE, an individual, | |
| Cross-Defendants. | |

## NOTICE OF AGREEMENT IN PRINCIPLE BETWEEN
## PHILIP CHARVAT AND TOMORROW ENERGY CORP.

Plaintiff Philip Charvat (the "Plaintiff") and Defendant/Crossclaimant Tomorrow Energy Corp. ("Tomorrow Energy") have reached an agreement in principle to resolve the Plaintiff's claims against Tomorrow Energy.  The Plaintiff and Tomorrow Energy anticipate filing a Stipulation of Dismissal within 30 days.  Both the Plaintiff and Tomorrow Energy reserve all rights with respect to their claims against Vestra Energy, Inc. and Sean Grove, and intend to continue the litigation against each of them.

Dated:  January 13, 2021.

/s/ Anthony I. Paronich
Anthony I. Paronich, *Admitted Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

Brian K. Murphy (0070654)
Email: murphy@mmmb.com
Jonathan P. Misny (0090673)
Email: misny@mmmb.com
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, Ohio 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Anthony I. Paronich
Anthony I. Paronich