# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>TOMORROW ENERGY CORP., f/k/a SPERIAN ENERGY CORP., VESTRA ENERGY, INC., and SEAN GROVE,<br><br>      Defendants.<br><br>TOMORROW ENERGY CORP., a Nevada corporation,<br><br>      Crossclaimant,<br><br>vs.<br><br>VESTRA ENERGY, INC., a Wyoming corporation, and SEAN GROVE, an individual,<br><br>      Cross-Defendants. | Case No. 2:20-cv-01064-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

## STIPULATION OF DISMISSAL OF PLAINTIFF CHARVAT'S CLAIMS AGAINST TOMORROW ENERGY CORP. F/K/A SPERIAN ENERGY CORP. ONLY

  NOW COMES Philip Charvat and Tomorrow Energy Corp. f/k/a Sperian Energy Corp. ("Tomorrow Energy"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Mr. Charvat hereby voluntarily dismiss his claims against Tomorrow Energy with prejudice, each party to pay their own costs. Mr. Charvat will continue his claims against

Vestra Energy, Inc. and Sean Grove and Tomorrow Energy will continue its cross-claim against Vestra Energy, Inc. and Sean Grove.

Dated: March 1, 2021　　　　　　　　　Respectfully submitted,

By: /s/ Anthony I. Paronich

Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff, individually
and/on behalf of others similarly situated*

DATED:  February 26, 2021　　　　　　BLANK ROME LLP

By: /s/ Ana Tagvoryan
　　David Oberly
　　doberly@blankrome.com
　　1700 PNC Center
　　201 East Fifth Street
　　Cincinnati, OH 45202
　　Telephone:513.362.8700
　　Facsimile: 513.362.8787

　　Ana Tagvoryan (admitted *pro hac vice*)
　　atagvoryan@blankrome.com
　　Harrison Brown (admitted *pro hac vice*)
　　hbrown@blankrome.com
　　2029 Century Park East, 6th Floor
　　Los Angeles, CA 90067
　　Telephone:424.239.3400
　　Facsimile: 424.239.3434

　Attorneys for
　TOMORROW ENERGY CORP.
　fka SPERIAN ENERGY CORP.

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on this 26th day of February, 2021 on all counsel of record via the Court's CM/ECF system.

                                      */s/ Anthony I. Paronich*
                                      Anthony I. Paronich