# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **PHILIP CHARVAT,** | : |
| | : Case No. 2:20-cv-01064 |
| **Plaintiff,** | : |
| | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | : **Magistrate Judge Kimberly A. Jolson** |
| **TOMORROW ENERGY CORP., et al.,** | : |
| | : |
| **Defendants.** | : |

## ORDER

This matter is before the Court on a Motion for Judgment on the Pleadings or Alternative Motion to Dismiss by Defendant Tomorrow Energy Corp. (ECF No. 43). On March 1, 2021, Plaintiff Phillip Charvat filed a Stipulation of Dismissal of Claims Against Tomorrow Energy Corp. (ECF No. 90). Accordingly, Tomorrow Energy Corp.'s motion [#43] is **DISMISSED** as **MOOT**.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: April 1, 2021**