# EXHIBIT A

**Brown, Harrison M.**
___

| | |
|---|---|
| **From:** | Brown, Harrison M. |
| **Sent:** | Thursday, March 25, 2021 8:17 AM |
| **To:** | 'Burns, Justin' |
| **Cc:** | Tagvoryan, Ana; Oberly, David; 'Hockstad, Karen' |
| **Subject:** | RE: Philip Charvat v. Tomorrow Energy Corp., et al., NDOH Case No. 20-cv-01064 |

Hi Justin,

I should also note that this information is designated confidential pursuant to the terms of the protective order in this case.

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
Office: 424.239.3400 | Direct: 424.239.3433 | Fax: 424.239.3398
hbrown@blankrome.com

**From:** Brown, Harrison M.
**Sent:** Thursday, March 25, 2021 8:14 AM
**To:** 'Burns, Justin' <Justin.Burns@DINSMORE.COM>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Oberly, David <DOberly@BlankRome.com>; 'Hockstad, Karen' <Karen.Hockstad@DINSMORE.COM>
**Subject:** RE: Philip Charvat v. Tomorrow Energy Corp., et al., NDOH Case No. 20-cv-01064

Hi Justin,

Thanks for your patience while we looked at this.  We had previously discussed, including with your colleague Joseph, providing only details about the amount of fees charged by Blank Rome to Tomorrow Energy rather than copies of the actual invoices and documents.  Attached, please find a chart summarizing the costs to-date for this matter through the end of the last month.  The chart also includes amounts invoiced by Compliance, the Relativity vendor, which are attributable to the Charvat matter and the settlement amount with Mr. Charvat.  Tomorrow Energy's agreement with Mr. Charvat permits Tomorrow Energy to disclose the settlement amount but not the terms of the agreement itself.

If you have any questions, let us know.

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
Office: 424.239.3400 | Direct: 424.239.3433 | Fax: 424.239.3398
hbrown@blankrome.com

1

**From:** Brown, Harrison M.
**Sent:** Tuesday, March 16, 2021 10:58 AM
**To:** 'Burns, Justin' <Justin.Burns@DINSMORE.COM>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Oberly, David <DOberly@BlankRome.com>; Hockstad, Karen <Karen.Hockstad@DINSMORE.COM>
**Subject:** RE: Philip Charvat v. Tomorrow Energy Corp., et al., NDOH Case No. 20-cv-01064

Justin:

Sorry, I did not see your email on Friday. We will review this and respond soon.

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
Office: 424.239.3400 | Direct: 424.239.3433 | Fax: 424.239.3398
hbrown@blankrome.com

**From:** Burns, Justin <Justin.Burns@DINSMORE.COM>
**Sent:** Friday, March 12, 2021 5:29 AM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Oberly, David <DOberly@BlankRome.com>; Hockstad, Karen <Karen.Hockstad@DINSMORE.COM>
**Subject:** Philip Charvat v. Tomorrow Energy Corp., et al., NDOH Case No. 20-cv-01064

Harrison:

Tomorrow Energy alleged that Vestra is liable for any "future settlement" and "liability" involving Plaintiff's claims against Tomorrow Energy. [*See, e.g.*, Countercl. Para. 48.] We saw that Plaintiff settled his claims against Tomorrow Energy. [Doc. Nos. 76, 90.] We have yet to receive documents (e.g., the settlement agreement and an email memorializing the agreement) and communications related to that settlement (responsive to at least Request for Production No. 3). We also have not received a recent supplementation to Tomorrow Energy's past discovery responses regarding its attorneys' fees demand (Interrogatory No. 5).

When can we expect Tomorrow Energy to produce this information?

Hope you're doing well.

Best,
Justin Burns



**Justin M. Burns**
Associate
Dinsmore & Shohl LLP • Legal Counsel
191 West Nationwide Blvd

Suite 300
Columbus, OH 43215

**T** (614) 628-6973  •  **F** (614) 628-6890

**E** justin.burns@dinsmore.com  •  dinsmore.com

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.