# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:20-cv-01064-ALM-KAJ |
| Plaintiffs, | Chief Judge Algenon L. Marbley |
| vs. | Magistrate Judge Kimberly A. Jolson |
| VESTRA ENERGY, INC., and SEAN GROVE, | |
| Defendants. | |
| TOMORROW ENERGY CORP., a Nevada corporation, | |
| Crossclaimant, | |
| vs. | |
| VESTRA ENERGY, INC., a Wyoming corporation, and SEAN GROVE, an individual, | |
| Cross-Defendants. | |

## STIPULATION OF DISMISSAL OF PLAINTIFF CHARVAT'S CLAIMS AGAINST <u>VESTRA ENERGY, INC. AND SEAN GROVE ONLY</u>

NOW COMES Philip Charvat and defendants Vestra Energy, Inc. and Sean Grove, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Mr. Charvat hereby voluntarily dismiss his claims against the defendants with prejudice, each party to pay their own costs.

Dated:  June 16, 2021

        */s/ Anthony I. Paronich*
Anthony I. Paronich, *Admitted Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

Brian K. Murphy (0070654)
Email: murphy@mmmb.com
Jonathan P. Misny (0090673)
Email: misny@mmmb.com
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, Ohio 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401

*Counsel for Plaintiffs*


DATED:  June 16, 2021        DINSMORE & SHOHL LLP

        By:  */s/ Karen S. Hockstad*
Karen S. Hockstad (OH 0061308), Trial Counsel
Justin M. Burns (OH 0093686)
DINSMORE & SHOHL, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215
Telephone:    (614) 628-6880
Facsimile:    (614) 628-6890
Email: karen.hockstad@dinsmore.com
        justin.burns@dinsmore.com

*Attorneys for Defendants Sean Grove and Vestra Energy Corp.*

**SIGNATURE ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

By: */s/ Anthony I. Paronich*
       Anthony I. Paronich

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Anthony I. Paronich*
Anthony I. Paronich