# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOMORROW ENERGY CORP., f/k/a SPERIAN ENERGY CORP., VESTRA ENERGY, INC., and SEAN GROVE,<br><br>Defendants. | Case No. 2:20-cv-01064-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |
| TOMORROW ENERGY CORP., a Nevada corporation,<br><br>Crossclaimant,<br><br>vs.<br><br>VESTRA ENERGY, INC., a Wyoming corporation, and SEAN GROVE, an individual,<br><br>Cross-Defendants. | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant and Cross-claimant TOMORROW ENERGY CORP., f/k/a SPERIAN ENERGY CORP., and Defendants and Cross-Defendants VESTRA ENERGY, INC. and SEAN GROVE, that the specific cross-claims in the above entitled cross-action are hereby dismissed with prejudice as to all Cross-Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

126218771

DATED:  June 25, 2021              BLANK ROME LLP

                By: /s/ Ana Tagvoryan
                    David Oberly
                    doberly@blankrome.com
                    1700 PNC Center
                    201 East Fifth Street
                    Cincinnati, OH 45202
                    Telephone:513.362.8700
                    Facsimile: 513.362.8787

                    Ana Tagvoryan (admitted *pro hac vice*)
                    atagvoryan@blankrome.com
                    Harrison Brown (admitted *pro hac vice*)
                    hbrown@blankrome.com
                    2029 Century Park East, 6th Floor
                    Los Angeles, CA 90067
                    Telephone:424.239.3400
                    Facsimile: 424.239.3434

                Attorneys for
                TOMORROW ENERGY CORP.

DATED:  June 25, 2021              DINSMORE & SHOLL LLP

                By: /s/ Karen Hockstad
                    Karen Hockstad
                    karen.hockstad@dinsmore.com
                    Justin Burns
                    justin.burns@dinsmore.com
                    191 West Nationwide Boulevard, Suite 300
                    Cincinnati, OH 43215
                    Telephone:614.628.6980
                    Facsimile: 614.628.6890

                Attorneys for
                VESTRA ENERGY, INC. AND SEAN GROVE

126218771

## **SIGNATURE ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

By: /s/ Ana Tagvoryan
Ana Tagvoryan

126218771

# **[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation of the parties, and good cause appearing, HEREBY ORDERS that the specific cross-claims in the above entitled cross-action are hereby dismissed with prejudice as to all Cross-Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: _____

By: _____
Hon. Algenon L. Marbley
United States District Court Judge

126218771

## SIGNATURE ATTESTATION

I hereby certify that on June 25, 2021, I cause a copy of the foregoing to be served electronically through the Court's CM/ECF system on all counsel of record.

By: /s/ Ana Tagvoryan
Ana Tagvoryan

126218771