# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **PHILIP CHARVAT, et al.,** : | |
| : | **Case No. 2:20-cv-01064** |
| Plaintiffs, : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | **Magistrate Judge Kimberly A. Jolson** |
| **TOMORROW ENERGY CORP., et al.,** : | |
| : | |
| Defendants. : | |
| : | |
| **TOMORROW ENERGY CORP.,** : | |
| : | |
| Cross-Claimant, : | |
| : | |
| v. : | |
| : | |
| **VESTRA ENERGY, INC. and SEAN GROVE,** : | |
| : | |
| Cross-Defendants. : | |

## ORDER

This matter is before the Court on two stipulations of dismissal. On June 16, 2021, Plaintiff Phillip Charvat filed a Stipulation of Dismissal of Claims Against Vestra Energy, Inc. and Sean Grove. (ECF No. 115). Counsel for Plaintiffs and counsel for Defendants Sean Grove and Vestra Energy Corp. each signed the stipulation. Accordingly, Plaintiffs' claims against Defendants Sean Grove and Vestra Energy Corp. are hereby **DISMISSED WITH PREJUDICE**.

On June 25, 2021, Defendant and Cross-Claimant Tomorrow Energy Corp., f/k/a Sperian Energy Corp., and Defendants and Cross-Defendants Vestra Energy, Inc. and Sean Grove also filed a Joint Stipulation of Dismissal. (ECF No. 116). Counsel for these parties signed the

stipulation. As such, Tomorrow Energy Corp.'s cross-claims against Cross-Defendants Vestra Energy Corp. and Sean Grove are also **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

_____<br>
**ALGENON L. MARBLEY**<br>
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 6, 2021**